# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FUSION ELITE ALL STARS, SPIRIT FACTOR LLC d/b/a FUEL ATHLETICS, and STARS AND STRIPES GYMNASTICS ACADEMY INC. d/b/a STARS AND STRIPES KIDS ACTIVITY CENTER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC.,<br><br>        Defendants. | Case No. 2:20-cv-02600-SHL-cgc<br><br>**Jury Trial Demanded** |
| KATHRYN ANNE RADEK, LAUREN HAYES, and JANINE CHERASARO on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>VARSITY BRANDS, LLC; VARSITY SPIRIT, LLC; VARSITY SPIRIT FASHION & SUPPLIES, LLC; and U.S. ALL STAR FEDERATION, INC.,<br><br>        Defendants. | Case No. 2:20-cv-02649-SHL-cgc<br><br>**Jury Trial Demanded** |

**JOINT MOTION TO CONSOLIDATE UNDER FED. R. CIV. P. 42**

**WITH INCORPORATED MEMORANDUM**

Pursuant to Federal Rule of Civil Procedure 42, Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center, Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro ("Moving Plaintiffs") jointly move to consolidate the above-captioned actions. Moving Plaintiffs have conferred with Defendants, who do not oppose this Motion.[1]

### I.     BACKGROUND

There are two cases currently pending before the Court alleging substantially similar facts and claims against the same defendants: *Fusion Elite All Stars, et al v. Varsity Brands, LLC, et al.*, 2:20-cv-02600-SHL, Dkt. No. 1, (W.D. Tenn. Aug. 13, 2020) ("*Fusion Elite Action*") and *Kathryn Radek, et al. v. Varsity Brands, LLC, et al.*, 2:20-cv-02649-SHL, Dkt. No. 1, (W.D. Tenn. Aug. 25, 2020) ("*Radek Action*").[2] Both cases are brought on behalf of direct purchasers from the Varsity Defendants and are based on Defendants' alleged anticompetitive conduct in the markets for All Star Competitions and All Star Apparel, and bring claims under federal antitrust laws. Plaintiffs' counsel in both actions have conferred and jointly move to consolidate the two actions.

On August 25, 2020, the Court issued a Notice of Setting a scheduling conference for September 30, 2020 in the *Fusion Elite Action*. The Notice of Setting also included several interim deadlines. The parties in both the *Fusion Elite Action* and the *Radek Action* intend to comply with the deadlines set out in the Court's Notice of Setting, as if those dates apply to the requested consolidated case.[3]

---

[1] *See certification, infra*.

[2] Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Spirit Fashion & Supplies, LLC ("Varsity Defendants"), and U.S. All Star Federation, Inc. ("USASF") (collectively, the "Defendants").

[3] Prior to the issuance of the Notice of Setting, on August 19, 2020, the parties to the *Fusion Elite* Action filed a Joint Motion for Entry of Case Management Order No. 1 (Dkt. No. 14). Among other things, the proposed order requested the appointment of interim co-lead class counsel for the *Fusion Elite Action*. In the event that the Court approves consolidation, Counsel in the two cases have conferred and reached an agreement to move for the appointment of Berger Montague PC, Cuneo Gilbert & LaDuca, LLP, and Labaton Sucharow LLP as Co-Lead Interim Class Counsel, and Branstetter, Stranch, & Jennings, PLLC as interim Liaison Counsel,

II.     **CONSOLIDATION IS APPROPRIATE**

Federal Rule of Civil Procedure 42(a) provides that the Court may consolidate actions that "involve a common question of law or fact." Fed. R. Civ. P. 42(a). In the Sixth Circuit, courts consider "[w]hether the specific risks of prejudice and possible confusion [are] overborne by the risk of inconsistent adjudications of common factual and legal issues, the burden on parties, witnesses and available judicial resources posed by multiple lawsuits, the length of time required to conclude multiple suits as against a single one, and the relative expense to all concerned of the single-trial, multiple-trial alternatives." *Smith v. Nellis*, No. 1:20-CV-2002, 2020 WL 1815942, at *1 (W.D. Tenn. Apr. 9, 2020) (quoting *Cantrell v. GAF Corp.*, 999 F.2d 1007, 1011 (6th Cir. 1993)).

The above-captioned actions present nearly identical questions of law and fact. Each alleges the same underlying conduct: that Defendants, through a variety of exclusionary conduct, maintained or enhanced monopoly power in the markets for All Star competitions and All Star apparel.[4] Each is brought on behalf of the same proposed classes of All Star gyms and persons who paid expenses associated with All Star Competitions and/or All Star Apparel directly to the Varsity Defendants. And each asserts claims under the Sherman Act Section 2 for monopolization and conspiracy to monopolize.[5] Consolidating the actions will avoid inefficiency, delay, confusion, and prejudice by having all plaintiffs litigate their overlapping claims on behalf of the same proposed class of persons and entities in a single action instead of

---

for the proposed Direct Purchaser Plaintiff class in the proposed consolidated action, subject to the Court's approval. To that end, counsel in the *Fusion Elite Action* will file a notice on that docket indicating that they support the new proposed leadership structure, and Labaton Sucharow will file papers, both a Notice and a Motion, on the *Radek Action* docket in support of the new proposed interim class counsel structure under Federal Rule of Civil Procedure 23(g).

[4] For definitions of All Star competitions and All Star apparel *see Kathryn Radek, et al. v. Varsity Brands, LLC, et al.*, 2:20-cv-02649-SHL, Dkt. No. 1 (W.D. Tenn. Aug. 25, 2020) (¶¶ 88-95); *Fusion Elite All Stars, et al. v. Varsity Brands, LLC, et al.*, 2:20-cv-02600-SHL, Dkt. No. 1, (W.D. Tenn. Aug. 13, 2020) (¶¶ 82-92, 97-101).

[5] Plaintiffs in the *Radek Action* also assert a claim under Sherman Act Section 1 for conspiracy to monopolize.

multiple, parallel actions. *See Atkinson v. Morgan Asset Mgmt., Inc.*, 2008 WL 11319683, at *6 (W.D. Tenn. Sept. 23, 2008) (granting consolidation where "[t]he proposed consolidation would save judicial resources and prevent unnecessary cost and delay[;] [n]o party has objected to consolidation, and the Court has no reason to conclude that any party would be prejudiced if the Court grants the motions for consolidation"). Consolidating the actions will also avoid the risk of inconsistent judgments and save the parties the expense of duplicative recovery and trial practice. *See McNeil v. Memphis Police Ass'n, Inc.*, No. 07–2166, 2008 WL 2402530, at *2 (W.D. Tenn. June 11, 2008) ("The cases involve essentially identical questions of law and fact, the same defendants, and will require much of the same evidence. Additionally, the cases are at the same early stage of litigation. Consolidating these cases will avoid duplicative discovery and promote judicial economy.").

      Moving Plaintiffs therefore request that the Court order that the above-captioned actions shall be consolidated for all purposes up and through trial pursuant to Federal Rule of Civil Procedure 42(a).

Dated: September 8, 2020                                  Respectfully submitted,

By:  /s/ J Gerard Stranch, IV

J. Gerard Stranch, IV (TN BPR #23045)
Benjamin A. Gastel (TN BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
 223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

H. Laddie Montague, Jr.*
Eric L. Cramer*
Mark R. Suter*
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000
hlmontague@bm.net
ecramer@bm.net
msuter@bm.net

Jonathan W. Cuneo*
Katherine Van Dyck*
Victoria Sims*
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
jonc@cuneolaw.com
kvandyc@cuneolaw.com
vicky@cuneolaw.com

Benjamin D. Elga*
**JUSTICE CATALYST LAW, INC.**
81 Prospect Street
Brooklyn, NY 11201
Telephone: (518) 732-6703
belga@justicecatalyst.org

Brian Shearer*
Craig L. Briskin*
**JUSTICE CATALYST LAW, INC.**
718 7th Street NW
Washington, DC 20001

By:  /s/ Frank B. Thacher, III

Nathan A. Bicks (BPR 10903)
Frank B. Thacher III (BPR 23925)
**BURCH, PORTER, & JOHNSON, PLLC**
130 North Court Ave.
Memphis, TN 38103
Telephone: (901) 524-5000
nbicks@bpjlaw.com
fthacher@bpjlaw.com

Gregory S. Asciolla**
Karin E. Garvey**
Veronica Bosco**
Ethan H. Kaminsky**
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
gasciolla@labaton.com
kgarvey@labaton.com
vbosco@labaton.com
ekaminsky@labaton.com

Aubrey B. Harwell, Jr. (BPR 002559)
Charles Barrett (BPR 020627)**
Aubrey B. Harwell III (BPR 017394)
**NEAL & HARWELL, PLC**
1201 Demonbreun St., Suite 1000
Nashville, TN 37203
Telephone: (615) 244-1713
aharwell@nealharwell.com
cbarrett@nealharwell.com
tharwell@nealharwell.com

**Pro Hac Vice pending

*Attorneys for Plaintiffs Kathryn Anne Radek, Lauren Hayes, and Janine Cherasaro and the Proposed Direct Purchaser Class*

Telephone: (518) 732-6703
brianshearer@justicecatalyst.org
cbriskin@justicecatalyst.org

Roberta D. Liebenberg*
Jeffrey S. Istvan*
Mary L. Russell*
**FINE KAPLAN AND BLACK, R.P.C.**
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
jistvan@finekaplan.com
mrussell@finekaplan.com

*Pro Hac Vice forthcoming

*Attorneys for Plaintiffs Fusion Elite All Stars, Spirit Factor LLC d/b/a Fuel Athletics, and Stars and Stripes Gymnastics Academy Inc. d/b/a Stars and Stripes Kids Activity Center and the Proposed Direct Purchaser Class*

## CERTIFICATE OF CONSULTATION

Consistent with Local Rule 7.2(a)(1)(B), I hereby certify that on September 2, 2020, I, Karin E. Garvey, along with Eric Cramer, Victoria Sims, and Ben Gastel began consultation with Steven Kaiser and Nicole Berkowitz, counsel for the Defendants and such counsel indicated that they did not oppose the relief granted by this motion. Such consultation was by phone on September 2, 2020 and by email thereafter.

*/s/ Karin E. Garvey*

# CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed with the Court's Case Management/Electronic Case Filing System, this 8th day of September, 2020, and served upon the following counsel:

George S. Cary
Steven J. Kaiser
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
2112 Pennsylvania Ave., NW
Washington, DC 20037
Tel: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com

*Attorneys for Defendants Varsity Brands,
LLC, Varsity Spirit, LLC,
and Varsity Spirit Fashion & Supplies, LLC*

Grady Garrison
Nicole D. Berkowitz
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
165 Madison Ave., Suite 2000
Memphis, TN 38103
Tel: (901) 577-8166
ggarrison@bakerdonelson.com
nberkowitz@bakerdonelson.com

*Attorney for U.S. All Star Federation, Inc.*


J. Gerard Stranch, IV
Benjamin A. Gastel
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa Parks Ave. Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
gerards@bsjfirm.com
beng@bsjfirm.com

H. Laddie Montague, Jr.
Eric L. Cramer
Mark R. Suter
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19106
Telephone: (215) 875-3000

    hlmontague@bm.net
    ecramer@bm.net
    msuter@bm.net

    Jonathan W. Cuneo
    Katherine Van Dyck
    Victoria Sims
    CUNEO GILBERT & LADUCA, LLP
    4725 Wisconsin Avenue NW, Suite 200
    Washington, DC 20016
    Telephone: (202) 789-3960
    jonc@cuneolaw.com
    kvandyc@cuneolaw.com
    vicky@cuneolaw.com

    Benjamin D. Elga
    JUSTICE CATALYST LAW, INC.
    81 Prospect Street
    Brooklyn, NY 11201
    Telephone: (518) 732-6703
    belga@justicecatalyst.org

    Brian Shearer
    Craig L. Briskin
    JUSTICE CATALYST LAW, INC.
    718 7th Street NW
    Washington, DC 20001
    Telephone: (518) 732-6703
    brianshearer@justicecatalyst.org
    cbriskin@justicecatalyst.org

    Roberta D. Liebenberg
    Jeffrey S. Istvan
    Mary L. Russell
    FINE KAPLAN AND BLACK, R.P.C.
    One South Broad St., 23rd Floor
    Philadelphia, PA 19107
    Telephone: (215) 567-6565
    rliebenberg@finekaplan.com
    jistvan@finekaplan.com
    mrussell@finekaplan.com

    */s/ Frank B. Thacher, III*
    Frank B. Thacher, III