# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KATHRYN ANNE RADEK, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:20-cv-02649-SHL-tmp |
| VARSITY BRANDS, LLC, et al., | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' Complaint (ECF No. 1), filed August 25, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the judgment in the <u>Fusion Elite</u> Case (2:20-cv-02600-SHL-tmp, ECF No. 351), entered October 4, 2023, judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 23, 2023
Date